SHESTON OIL COMPANY, INC. v. BOROUGH OF
AVALON PLANNING BOARD.

March 24, 1987.

Petition for certification denied. (See 214 *N.J.Super.* 593)

SATELLITE GATEWAY COMMUNICATIONS, INC. v. MUSI
DINING CAR CO., INC., ET AL.

March 24, 1987.

Petition for certification granted.

GERALD GRAFF AND MARILYN GRAFF v. MARRIOTT
CORPORATION, ETC., ET AL.

March 24, 1987.

Petition for certification denied.

IN THE MATTER OF THE NEW JERSEY DEPARTMENT OF ENVI-
RONMENTAL PROTECTION, DIVISION OF COASTAL RE-
SOURCES, REGULATION, N.J.A.C., 7:7–2(B)1.III., AND APPLI-
CATION OF SAID REGULATION TO A CERTAIN PROJECT
PROPOSED BY RALPH CLAYTON, JR.

March 24, 1987.

Petition for certification denied. (See 214 *N.J.Super.* 579)